Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ICON Health & Fitness, Inc.     v. Polar Electro Oy and Polar Electro Inc.

No. 15-1891

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) appellee _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.  The full name of every party or amicus represented by me is:
Polar Electro Oy and Polar Electro Inc.

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:
Not applicable.

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
Polar Electro Inc. is a wholly owned subsidiary of Polar Electro Oy.

4.  ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:
Anthony J. Fuga of Holland & Knight LLP and Jennifer Fraser Parrish of Magleby Greenwood P.C.

August 20, 2015
Date

/s/ John P. Moran
Signature of counsel

John P. Moran
Printed name of counsel

Please Note: All questions must be answered
cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on August 20, 2015 by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| John P. Moran | /s/ John P. Moran |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Holland & Knight LLP |
| Address | 800 17th Street, N.W., Suite 1000 |
| City, State, Zip | Washington DC 20006 |
| Telephone Number | (202)828-1848 |
| Fax Number | (202)955-5564 |
| E-Mail Address | john.moran@hklaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields